**Kriesta L. WATSON, Plaintiff-Appellant,**

v.

**SHENANDOAH UNIVERSITY; Board of Trustees, Defendants-Appellees,**

and

**Bryon Grigsby; Marie Landes; Calvin Allen; Karen Abraham; Steven Humpries; Tracey Fitzsimmons, Defendants.**

No. 17-1588

United States Court of Appeals, Fourth Circuit.

Submitted: September 27, 2017

Decided: October 26, 2017

Kriesta L. Watson, Appellant Pro Se. Catherine Jackson Huff, Paul Granger Klockenbrink, Monica Taylor Monday, GENTRY LOCKE, Roanoke, Virginia, for Appellees.

Before KING, AGEE, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kriesta L. Watson appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motion for summary judgment in her civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Watson's motion to appoint counsel and affirm for the reasons stated by the district court. *See Watson v. Shenandoah Univ.*, No. 5:14-cv-00022-EKD-JCH, 2017 WL 1181029 (W.D. Va. Mar. 29, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*